PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

### Report on Offender Under Supervision

Name of Offender: NESTOR CERCET  Docket No.: 08-00103-001
PACTS #: 51256

Name of Sentencing Judicial Officer: HONORABLE JOSEPH H. RODRIGUEZ
SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: January 14, 2009

Original Offense: Possession of a firearm by a convicted felon, 18 U.S.C. § 922(g)(1), a Class C felony

Original Sentence: Forty-two months custody; Three years supervised release; $100 special assessment; $1,000 fine, to be paid at no less than $25 per month. The special conditions of drug testing/drug treatment, if directed, financial disclosure, and no new credit/lines of credit were also imposed.

Type of Supervision: Supervised Release   Date Supervision Commenced: April 20, 2011

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states 'The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer**'. |
| | The offender failed to report on the following dates: June 23, 2011, June 30, 2011, and August 25, 2011. |
| 2 | The offender has violated the supervision condition which states '**As a condition of supervision, you are instructed to pay a $100 Special Assessment**'. |

|   |   |
|---|---|
|   | As of this writing, the offender's special assessment balance is $100. Since commencing his supervised release on April 20, 2011, Mr. Cercet has been unable to make special assessment payments since he has been unemployed. |
| 3 | The offender has violated the supervision condition which states '**As a condition of supervision, you are instructed to pay a $1,000 fine, to be paid at no less than $25 per month.**' |
|   | As of this writing, the offender's fine balance is $1,000. Since commencing his supervised release on April 20, 2011, Mr. Cercet has been unable to make fine payments since he has been unemployed. |

U.S. Probation Officer Action:

The offender was released from custody on April 20, 2011, at which time his term of supervised release commenced with our office. It should be noted that the offender is also being supervised by New Jersey State Parole.

Mr. Cercet resides with family friends in Gloucester Township, New Jersey. He is presently unemployed. The offender missed three reporting dates. Mr. Cercet was advised that further violation(s) may result in revocation of his term of supervised release. The offender is scheduled to commence an in-house Life Skills program be conducted by the Rutgers School of Social Work.

Notwithstanding, as a condition of supervised release, the offender is ordered to pay a special assessment and a fine over his term of supervised release. Mr. Cercet has been unable to make special assessment and fine payments due to his economic circumstances. We ask that the Court to permit the offender to make monthly payments of no less than $10.00 until his financial situation improves.

Respectfully submitted,

WILFREDO TORRES, Chief
U.S. Probation Officer

John L. Paccione
U.S. Probation Officer
Date: September 25, 2011

[ ✓ ] Agree with U.S. Probation Officer action. Additionally, this correspondence will serve as an "Official Reprimand" from the Court, and Mr. Cerect will be advised that further violation(s) may result in revocation of his term of supervised release.

AND

[ ✓ ] Due to the offender's inability to meet the special assessment and fine payment schedule, the offender is allowed to make monthly payments of $10.00 until his financial situation improves.


[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

September 27, 2011
Date